**IT IS ORDERED as set forth below:**



Date: April 25, 2023

_____
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

IN RE:

Roger O. Demmer, Jr.,                    Case No.: 23-30001-SDB
                                         Chapter 13
　　Debtor.
_____/

## ORDER APPROVING MOTION TO ALLOW LATE FILED PROOF OF CLAIM

USAA Federal Savings Bank (the "Movant") filed a Motion to Allow Claim (the "Motion") on April 12, 2023 (Doc No. 32) for Proof of Claim No. 9-1. It is hereby

**ORDERED** that Movant's to Motion to Allow Late Filed Proof of Claim is GRANTED.

**[END OF DOCUMENT]**

PREPARED BY:

/s/ _Andrea L. Betts_____
Andrea L. Betts
Georgia Bar # 432863
Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
E-mail: abetts@raslg.com
ATTORNEY FOR MOVANT


Consented By:
/s/ J. Michael Hall
Georgia Bar # 319333
Hall & Navarro, LLC
5 Oak Street
Statesboro, GA 30458
Telephone: 912-764-6757
E-mail: mhall@hallnavarro.com
Attorney for Debtor


No opposition:
Chapter 13 Trustee
By: _[signature]_
Joseph E. Mitchell, III
Staff Attorney
GA 513205